**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter   **7**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Parents Television Council, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Parents Television and Media Council**<br>**FDBA  ForEveryGirl**<br>**FDBA  4EveryGirl**<br>**FDBA  PTC**<br>**FDBA  PTMC**<br>**FDBA  PTC-Parents Television and Media Council** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-4819071** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **601 S. Glenoaks Blvd., Suite 307**<br>**Burbank, CA 91502**<br>Number, Street, City, State & ZIP Code | **PO Box 4210**<br>**Burbank, CA 91503**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.parentstv.org; www.foreverygirl.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  **Parents Television Council, Inc.**
        Name

Case number (*if known*)  _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☒ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | **Parents Television Council, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Parents Television Council, Inc.**                    Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Parents Television Council, Inc.**                                        Case number (*if known*) _____
                    Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2025**
                        MM / DD / YYYY

X **/s/ Jon Yasuda**                                                  **Jon Yasuda**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Michael Busenkell**                                    Date  **October  3, 2025**
Signature of attorney for debtor                                MM / DD / YYYY

**Michael Busenkell**
Printed name

**Gellert Seitz Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-425-5812**        Email address   **mbusenkell@gsbblaw.com**

**3933 DE**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Parents Television Council, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 3, 2025**    X /s/ Jon Yasuda
Signature of individual signing on behalf of debtor

**Jon Yasuda**
Printed name

**President**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re    **Parents Television Council, Inc.** _____    Case No. _____

_____    Chapter    **7**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,338.00 |
| Prior to the filing of this statement I have received | $ | 15,338.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation and filing of any petition, schedules, statement of affairs which may be required.**
        **Representation of the Debtor(s) at the initial first meeting of creditors.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **\*Any post-petition service that is a contested matter, including but not limited to: Motions to Dismiss, Motions to Convert, additional 341 appearances, Adversary Complaints, Appeals, Dischargeability actions, lien avoidances actions, Relief from Stay, or any other matter which requires additional time based on an hourly file.**

    **\*notated in retainer as fee/costs additonal (post-petition)**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October  3, 2025** _____    **/s/ Michael Busenkell** _____

*Date*    **Michael Busenkell**

*Signature of Attorney*

**Gellert Seitz Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5812  Fax: 302-425-5814**
**mbusenkell@gsbblaw.com**

*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name   **Parents Television Council, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ 91,873.93

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $ _____ 91,873.93

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ _____ 115,898.62

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____ 168,924.96

4.   **Total liabilities** .....................................................................................................................
    Lines 2 + 3a + 3b      $ _____ 284,823.58

| Fill in this information to identify the case: |
| --- |

Debtor name   **Parents Television Council, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.   **Cash on hand** | $42.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **City National Bank** | **Operating Account** | 0974 | $5,309.23 |
| 3.2. | **City National Bank** | **Money Market** | 1180 | $1,615.44 |
| 3.3. | **City National Bank** | **Savings** | 1199 | $1,023.53 |
| 3.4. | **City National Bank** | **Payroll** | 1202 | $0.00 |
| 3.5. | **Raymond James** | **Brokerage** | 9207 | $0.01 |

4. **Other cash equivalents** *(Identify all)*

Debtor  **Parents Television Council, Inc.**                          Case number *(If known)* _____
        Name

5.      **Total of Part 1.**                                                            | $7,990.21 |

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

  7.1.  **Security deposit office lease - All for Health, Health for All, Inc.**                    $7,435.77

  7.2.  **USPS Business Response Mail postage deposit (recoverable a/c # xxx9650)**                 $538.95

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

  8.1.  **Iwave subscription 1/29/25-1/28/26**                                                      $7,695.00

  8.2.  **Ohio Security Ins. Co - non-owned auto insurance - 3/13/25-3/13/26**                      $590.00

  8.3.  **Ohio Security Ins. Co - G/L insurance - 3/13/25-3/13/26**                                 $4,380.00

  8.4.  **Ohio Security Ins. Co - commercial G/L insurance - 3/13/25-3/13/26**                      $1,430.00

  8.5.  **Federal Insurance Co. - Employed Lawyers Ins - 2/15/25-2/15/26**                          $3,243.00

  8.6.  **Travelers Insurance Co. - Crime - 2/15/25-2/15/28**                                       $3,495.00

  8.7.  **Zurich American Ins. Co, - Mgmt liab & EPL - 3/17/25-3/17/26**                            $10,735.00

  8.8.  **Axis Ins. Co - Media Liability insurance - 2/15/25-2/15/26**                              $10,234.00

9.      **Total of Part 2.**                                                            | $49,776.72 |

        Add lines 7 through 8. Copy the total to line 81.

Debtor    **Parents Television Council, Inc.**                    Case number *(If known)* _____
_____
Name

---

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Miscellaneous office furniture (see attached Exhibit 1)** | **$0.00** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Miscellaneous office equipment, etc (see attached Exhibit 2)** | **$13,202.36** | | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                                    **$0.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No

| Debtor | **Parents Television Council, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office Lease - 601 S. Glenoaks Blvd., Suite 307, Burbank, CA 91502** | **Lease** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Parents Television Council, Inc.**                          Case number *(If known)* _____
          Name

**Trademarks:**

| | | |
|---|---|---|
| **4 every girl**<br>**Parents Television and Media Council**<br>**Parents Television Council**<br>**Traffic light**<br>**Seal of approval**<br>**Family guide to primetime television** | **Unknown** | **Unknown** |

| 61. | **Internet domain names and websites**<br>**Internet domain names and websites (see**<br>**attached Exhibit 3)** | **Unknown** | **Unknown** |
|---|---|---|---|

| 62. | **Licenses, franchises, and royalties** | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer mailing lists** | **Unknown** | **Unknown** |

| 64. | **Other intangibles, or intellectual property**<br>**Tim Conway PTC performance video; other**<br>**PSAs; research video archive** | **Unknown** | **Unknown** |
|---|---|---|---|

**65.**    **Goodwill**

**66.**    **Total of Part 10.**                                                                                          **$0.00**
          Add lines 60 through 65. Copy the total to line 89.

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
          ☐ No
          ■ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
          ■ No
          ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                                          **Current value of**
                                                                                          **debtor's interest**

**71.**    **Notes receivable**
          Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
          Description (for example, federal, state, local)

Debtor  **Parents Television Council, Inc.**                          Case number *(If known)* _____
        <sub>Name</sub>

73.  **Interests in insurance policies or annuities**
     **Ohio Security Ins. Co - non-owned auto insurance -**
     **3/13/25-3/13/26 - premium $590.00**
     **Ohio Security Ins. Co - G/L insurance - 3/13/25-3/13/26 -**
     **premium $4,380.00**
     **Ohio Security Ins. Co - commercial G/L insurance -**
     **3/13/25-3/13/26 - premium $1,430.00**
     **Federal Insurance Co. - Employed Lawyers Ins -**
     **2/15/25-2/15/26 - premium $3,243.00**
     **Travelers Insurance Co. - Crime - 2/15/25-2/15/28 -**
     **premium one year paid $3,495.00**
     **Zurich American Ins. Co, - Mgmt liab & EPL -**
     **3/17/25-3/17/26 - premium $10,735**
     **Axis Ins. Co - Media Liability insurance - 2/15/25-2/15/26**
     **- premium $10,234**                                                        **$34,107.00**

74.  **Causes of action against third parties (whether or not a lawsuit**
     **has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of**
     **every nature, including counterclaims of the debtor and rights to**
     **set off claims**

76.  **Trusts, equitable or future interests in property**

     **Beneficiary of future estates**                                            **Unknown**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership
     **Wage garnishment of former employee - $900 per month**
     **/ $300k initial judgment against**                                         **$0.00**

78.  **Total of Part 11.**                                          | **$34,107.00** |
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    **Parents Television Council, Inc.**
Name

Case number *(If known)* _____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,990.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $49,776.72 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $34,107.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $91,873.93 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92    $91,873.93

# EXHIBIT 1

PTC

Furniture balance        purchase date - 10/2/2007
 2/1/2020

Mansers    sales tax rate              7.75%

| | Units | cost | | tax | total |
|---|---|---|---|---|---|
| Bow front desks | 4 | 895.79 | 3,583.16 | 277.69 | 3,860.85 |
| straight desk | 1 | 837.77 | 837.77 | 64.93 | 902.70 |
| chairs | 10 | 139.26 | 1,392.60 | 107.93 | 1,500.53 |
| 48" round table | 1 | 385.63 | 385.63 | 29.89 | 415.52 |
| End table | 1 | 145.06 | 145.06 | 11.24 | 156.30 |
| Delivery & assembly | 1 | 1,008.33 | 1,008.33 | 78.15 | 1,086.48 |

Remaining Mansers furniture            7,922.38

# EXHIBIT 2

# Parents Television Council
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| **Computer equipment** | | | | | | |
| 198<br>0198 | Back up drive<br>Computer equipment | | $2168.29<br>4/8/2015 | $0.00 | $2168.29<br>3/31/2020 | $0.00 |
| 207<br>0207 | 6TB deskstar / SSD<br>Computer equipment | | $1196.75<br>7/21/2015 | $0.00 | $1196.75<br>6/30/2020 | $0.00 |
| 210<br>0210 | Capitalized labor<br>Computer equipment | | $11153.00<br>8/1/2015 | $0.00 | $11153.00<br>7/31/2020 | $0.00 |
| 211<br>0211 | Installation costs<br>Computer equipment | | $1879.17<br>8/26/2015 | $0.00 | $1879.17<br>7/31/2020 | $0.00 |
| 212<br>0212 | HP printers<br>Computer equipment | | $1150.26<br>8/26/2015 | $0.00 | $1150.26<br>7/31/2020 | $0.00 |
| 213<br>0213 | HP 400<br>Computer equipment | | $217.99<br>8/26/2015 | $0.00 | $217.99<br>7/31/2020 | $0.00 |
| 215<br>0215 | Surface pro 3<br>Computer equipment | | $1813.69<br>8/26/2015 | $0.00 | $1813.69<br>7/31/2020 | $0.00 |
| 216<br>0216 | 3 Dell 27" monitors<br>Computer equipment | | $1683.90<br>8/26/2015 | $0.00 | $1683.90<br>7/31/2020 | $0.00 |
| 219<br>0219 | HP color laserjet<br>Computer equipment | | $2942.99<br>8/26/2015 | $0.00 | $2942.99<br>7/31/2020 | $0.00 |
| 221<br>0221 | 1TB drives<br>Computer equipment | | $584.17<br>8/26/2015 | $0.00 | $584.17<br>7/31/2020 | $0.00 |
| 223<br>0223 | Samsung SSDs PTC107<br>Computer equipment | | $942.21<br>8/26/2015 | $0.00 | $942.21<br>7/31/2020 | $0.00 |
| 225<br>0225 | Capitalized labor<br>Computer equipment | | $11153.00<br>8/31/2015 | $0.00 | $11153.00<br>7/31/2020 | $0.00 |
| 226<br>0226 | 2 dell servers<br>Computer equipment | | $8717.80<br>11/24/2015 | $0.00 | $8717.80<br>10/31/2020 | $0.00 |
| 229<br>0229 | Capitalized labor<br>Computer equipment | | $11153.00<br>9/30/2015 | $0.00 | $11153.00<br>8/31/2020 | $0.00 |
| 247<br>0247 | Dell server / array<br>Computer equipment | | $16629.77<br>6/1/2018 | $0.00 | $16629.77<br>7/31/2025 | $0.00 |
| 255<br>0255 | surface pro & Doc - MH<br>Computer equipment | | $2799.50<br>10/31/2022 | $0.00 | $1679.72<br>9/30/2025 | $1119.78 |
| 256<br>0256 | surface pro & Doc - CK<br>Computer equipment | | $2799.50<br>10/31/2022 | $0.00 | $1679.72<br>9/30/2025 | $1119.78 |
| 257<br>0257 | Dell XPS doc - BT<br>Computer equipment | | $306.59<br>11/3/2022 | $0.00 | $178.85<br>9/30/2025 | $127.74 |
| 258<br>0258 | Dell XPS - BT<br>Computer equipment | | $3191.29<br>11/3/2022 | $0.00 | $1861.61<br>9/30/2025 | $1329.68 |
| 259<br>0259 | surface pro - JY<br>Computer equipment | | $2570.66<br>11/30/2022 | $0.00 | $1499.55<br>9/30/2025 | $1071.11 |
| 260<br>0260 | Dell Monitors - JY<br>Computer equipment | | $447.98<br>11/30/2022 | $0.00 | $261.33<br>9/30/2025 | $186.65 |
| 261<br>0261 | surface pro Doc & cables JY<br>Computer equipment | | $176.93<br>11/30/2022 | $0.00 | $103.22<br>9/30/2025 | $73.71 |
| 264<br>0264 | Submeter<br>Computer equipment | | $1598.50<br>4/18/2023 | $0.00 | $799.25<br>9/30/2025 | $799.25 |
| 265<br>0265 | UPS battery back up<br>Computer equipment | | $2658.81<br>5/1/2023 | $0.00 | $1285.09<br>9/30/2025 | $1373.72 |
| | *Totals for Computer equipment*<br>*24 asset(s) listed.* | | *$89935.75* | *$0.00* | *$82734.33* | *$7201.42* |

**Computer software**

# Parents Television Council
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 54<br>54 | Blackbaud-Raisers Edge 7 upgr<br>Computer software | | $5707.18<br>5/6/2005 | $0.00 | $5707.18<br>4/30/2008 | $0.00 |
| 156<br>0156 | Financial edge integration<br>Computer software | | $44959.61<br>1/1/2009 | $0.00 | $44959.61<br>12/31/2011 | $0.00 |
| 160<br>0160 | SQL server 2005<br>Computer software | | $6324.00<br>4/1/2008 | $0.00 | $6324.00<br>3/31/2011 | $0.00 |
| 180<br>0180 | MS Windows Server 2008<br>Computer software | | $4000.00<br>7/1/2011 | $0.00 | $4000.00<br>6/30/2014 | $0.00 |
| 181<br>0181 | MS SQL Server 2008<br>Computer software | | $8964.00<br>7/1/2011 | $0.00 | $8964.00<br>6/30/2014 | $0.00 |
| 182<br>0182 | MS Windows Access Licenses<br>Computer software | | $2500.00<br>7/1/2011 | $0.00 | $2500.00<br>6/30/2014 | $0.00 |
| 186<br>0186 | MS SQL Server 2012<br>Computer software | | $26890.00<br>6/19/2012 | $0.00 | $26890.00<br>5/31/2015 | $0.00 |
| 199<br>0199 | SQL Server Enterprise<br>Computer software | | $41242.00<br>6/25/2015 | $0.00 | $41242.00<br>5/31/2020 | $0.00 |
| 200<br>0200 | Sharepoint server & user<br>Computer software | | $13037.00<br>6/25/2015 | $0.00 | $13037.00<br>5/31/2020 | $0.00 |
| 201<br>0201 | SQL server user<br>Computer software | | $3768.00<br>6/25/2015 | $0.00 | $3768.00<br>5/31/2020 | $0.00 |
| 202<br>0202 | Visual Studio professional<br>Computer software | | $1139.00<br>6/25/2015 | $0.00 | $1139.00<br>5/31/2020 | $0.00 |
| 217<br>0217 | Remote Enterprise software<br>Computer software | | $1349.10<br>8/26/2015 | $0.00 | $1349.10<br>7/31/2018 | $0.00 |
| 230<br>0230 | SQL Server<br>Computer software | | $8972.00<br>6/25/2016 | $0.00 | $8972.00<br>5/31/2019 | $0.00 |
| 231<br>0231 | Windows server<br>Computer software | | $5732.00<br>6/25/2016 | $0.00 | $5732.00<br>5/31/2019 | $0.00 |
| 233<br>0233 | Visual Studio Pro<br>Computer software | | $2278.00<br>6/25/2016 | $0.00 | $2278.00<br>5/31/2019 | $0.00 |
| 234<br>0234 | Adobe Acrobat<br>Computer software | | $439.00<br>6/25/2016 | $0.00 | $439.00<br>5/31/2019 | $0.00 |
| 237<br>0237 | Windows server<br>Computer software | | $3320.00<br>6/28/2017 | $0.00 | $3320.00<br>5/31/2020 | $0.00 |
| 239<br>0239 | Visual Studio<br>Computer software | | $2278.00<br>6/28/2017 | $0.00 | $2278.00<br>5/31/2020 | $0.00 |
| 241<br>0241 | Amazon web services<br>Computer software | | $2000.00<br>6/28/2017 | $0.00 | $2000.00<br>5/31/2020 | $0.00 |
| 243<br>0243 | Adobe Acrobat<br>Computer software | | $898.00<br>6/28/2017 | $0.00 | $898.00<br>5/31/2020 | $0.00 |
| 244<br>0244 | MS system center<br>Computer software | | $3320.00<br>6/29/2017 | $0.00 | $3320.00<br>5/31/2020 | $0.00 |
| 248<br>0248 | 4EG website<br>Computer software | | $7237.50<br>10/1/2018 | $0.00 | $7237.50<br>6/1/2025 | $0.00 |
| 249<br>0249 | Website Redesign<br>Computer software | | $14550.00<br>3/17/2020 | $0.00 | $14550.00<br>7/31/2025 | $0.00 |
| 251<br>0251 | veritas backup 21<br>Computer software | | $1286.00<br>6/30/2020 | $0.00 | $1286.00<br>7/31/2025 | $0.00 |
| 252<br>0252 | Visual Studio<br>Computer software | | $1139.00<br>6/30/2020 | $0.00 | $1139.00<br>7/31/2025 | $0.00 |
| 253<br>0253 | acrobat pro 20 - (5)<br>Computer software | | $2245.00<br>6/30/2020 | $0.00 | $2245.00<br>7/31/2025 | $0.00 |

# Parents Television Council
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 254 | Microsoft office 2021 | | $6765.00 | $0.00 | $2561.81 | $4203.19 |
| 0254 | Computer software | | 4/1/2022 | | 9/30/2025 | |
| | Totals for Computer software:<br>27 asset(s) listed. | | *$222339.39* | *$0.00* | *$218136.20* | *$4203.19* |

### Digitization

| | | | | | | |
|---|---|---|---|---|---|---|
| 81 | Memory update test system | | $370.66 | $0.00 | $370.66 | $0.00 |
| 81 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 82 | consultant travel | | $387.80 | $0.00 | $387.80 | $0.00 |
| 82 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 87 | CS3 MC Universal upgd | | $1419.13 | $0.00 | $1419.13 | $0.00 |
| 87 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 88 | Planning Session, system upgra | | $1714.18 | $0.00 | $1714.18 | $0.00 |
| 88 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 93 | consultant travel | | $659.58 | $0.00 | $659.58 | $0.00 |
| 93 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 96 | Tools for computer room | | $104.47 | $0.00 | $104.47 | $0.00 |
| 96 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 104 | Powervault MD-1000 | | $7170.00 | $0.00 | $7170.00 | $0.00 |
| 104 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 105 | PowerEdge 2950 (2) servers | | $9756.00 | $0.00 | $9756.00 | $0.00 |
| 105 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 106 | Consultant labor | | $30000.00 | $0.00 | $30000.00 | $0.00 |
| 106 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 107 | Consultant travel | | $287.90 | $0.00 | $287.90 | $0.00 |
| 107 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 108 | ASG digitization software | | $25000.00 | $0.00 | $25000.00 | $0.00 |
| 108 | Digitization | | 3/1/2008 | | 2/28/2011 | |
| 110 | Computer room racks and cart | | $1145.45 | $0.00 | $1145.45 | $0.00 |
| 110 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 113 | Dell Powervault, server VA of | | $19198.49 | $0.00 | $19198.49 | $0.00 |
| 113 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 114 | Dell Server (rec test/ASG) | | $3799.68 | $0.00 | $3799.68 | $0.00 |
| 114 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 137 | programmer | | $3000.00 | $0.00 | $3000.00 | $0.00 |
| 137 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 140 | programmer | | $4000.00 | $0.00 | $4000.00 | $0.00 |
| 140 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 145 | Federal Express | | $18.34 | $0.00 | $18.34 | $0.00 |
| 145 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 146 | programmer | | $3000.00 | $0.00 | $3000.00 | $0.00 |
| 146 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 147 | Advanced Systems Group | | $107.00 | $0.00 | $107.00 | $0.00 |
| 147 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 148 | Net-K Consulting | | $2178.66 | $0.00 | $2178.66 | $0.00 |
| 148 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 149 | Net-K Consulting | | $482.57 | $0.00 | $482.57 | $0.00 |
| 149 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 150 | City National Bank | | $231.20 | $0.00 | $231.20 | $0.00 |
| 150 | Digitization | | 3/1/2008 | | 2/28/2013 | |
| 151 | City National Bank | | $44.85 | $0.00 | $44.85 | $0.00 |
| 151 | Digitization | | 3/1/2008 | | 2/28/2013 | |

# Parents Television Council
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 152<br>152 | City National Bank<br>Digitization | | $74.15<br>3/1/2008 | $0.00 | $74.15<br>2/28/2013 | $0.00 |
| 153<br>0153 | ASC capture software - rapids e<br>Digitization | | $10194.00<br>3/1/2008 | $0.00 | $10194.00<br>2/28/2013 | $0.00 |
| 162<br>0162 | Net-k - ASG programmer<br>Digitization | | $1000.00<br>2/10/2009 | $0.00 | $1000.00<br>1/31/2012 | $0.00 |
| | *Totals for Digitization:*<br>*26 asset(s) listed.* | | *$125344.11* | *$0.00* | *$125344.11* | *$0.00* |

### Furniture & Fixtures

| | | | | | | |
|---|---|---|---|---|---|---|
| 263<br>0263 | refrigerator<br>Furniture & Fixtures | | $2131.28<br>1/9/2023 | $0.00 | $837.29<br>9/30/2025 | $1293.99 |
| | *Totals for Furniture & Fixtures:*<br>*1 asset(s) listed.* | | *$2131.28* | *$0.00* | *$837.29* | *$1293.99* |

### Leasehold Improvements

| | | | | | | |
|---|---|---|---|---|---|---|
| 266<br>0266 | Server room A/C unit<br>Leasehold Improvements | | $10030.94<br>1/19/2023 | $0.00 | $2758.50<br>9/30/2025 | $7272.44 |
| 267<br>0267 | Server room outlet<br>Leasehold Improvements | | $1897.50<br>1/19/2023 | $0.00 | $521.81<br>9/30/2025 | $1375.69 |
| 268<br>0268 | Cabling<br>Leasehold Improvements | | $7874.95<br>1/22/2023 | $0.00 | $2165.62<br>9/30/2025 | $5709.33 |
| | *Totals for Leasehold Improvements:*<br>*3 asset(s) listed.* | | *$19803.39* | *$0.00* | *$5445.93* | *$14357.46* |

### Office equipment

| | | | | | | |
|---|---|---|---|---|---|---|
| 262<br>0262 | Logitech camera<br>Office equipment | | $1079.49<br>2/6/2023 | $0.00 | $575.73<br>9/30/2025 | $503.76 |
| | *Totals for Office equipment:*<br>*1 asset(s) listed.* | | *$1079.49* | *$0.00* | *$575.73* | *$503.76* |
| | **GRAND TOTALS:**<br>**82 asset(s) listed.** | | **$460633.41** | **$0.00** | **$433073.59** | **$27559.82** |

# EXHIBIT 3

Parents Television Council Inc.

Domain Listing

Godaddy Customer Number: xxx6364
Domain Expiration
4everygirl.com 2-17-26
4everygirl.net 2-17-26
4everygirl.org 2-17-26
foreverygirl.net 10-17-26
foreverygirl.org 10-17-26
growingupmale.org 6-27-26
parentsmedia.com 8-28-26
parentstv.com 11-8-29
whatsonsinksin.com 10-30-29
whatsonsinksin.org 10-30-29
winbackourtrust.com 5-6-29
winbackourtrust.org 5-6-29

Godaddy Customer Number: xxx0163
Domain Expiration
cleanuptvnow.com 7/17/2030
Foreveryboy.com 12/14/2029
Foreveryboy.net 12/14/2029
Foreveryboy.org 12/14/2029
Howcableshouldbe.com 2/22/2029
Parentsmedia.org 6/5/2026
Parentsmediacenter.com 6/8/2026
Parentsmediacenter.org 6/8/2026
Parentsmediacouncil.com 6/5/2026
Parentsmediacouncil.org 6/5/2026
Parentstelevisioncouncil.com 6/20/2029
Parentstelevisioncouncil.net 4/10/2029
Parentstelevisioncouncil.org 4/13/2029
Parentstv.net 7/17/2030

Network Solutions Account number: xxx4962
Domain Expiration
my-parentstv.com 9-14-28
my-parentstv.org 9-14-28
parentstv.online 4-18-26
parentstv.org 6-26-26
parentstv.site 2-2-26

Epik.com account
**Domain:** FOREVERYGIRL.COM
**Registration Date:** 27 September, 2010 **Expiration Date:** 20 April, 2028

**Fill in this information to identify the case:**

Debtor name **Parents Television Council, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1  AFCO Direct**
Creditor's Name

Describe debtor's property that is subject to a lien
**Insurance Policies**

Amount of claim: **$4,760.20** — Value of collateral: **Unknown**

**PO Box 660448
Dallas, TX 75266**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

**info@afcodirect.com**
Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred
4/1/25**
**Last 4 digits of account number
7445**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2  City National Bank**
Creditor's Name

Describe debtor's property that is subject to a lien
**All assets of the Debtor**

Amount of claim: **$111,138.42** — Value of collateral: **Unknown**

**PO Box 60938
Los Angeles, CA 90060**
Creditor's mailing address

Describe the lien
**UCC**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred
7/27/23**
**Last 4 digits of account number
3312**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor   **Parents Television Council, Inc.**
         _____
         Name

Case number (if known) _____

☐ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$115,898.62** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name __**Parents Television Council, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

 ■ No. Go to Part 2.

 ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**ADP, Inc.**<br>**PO Box 31001-1874**<br>**Pasadena, CA 91110**<br><br>Date(s) debt was incurred __**Sept & Oct**__<br>Last 4 digits of account number __**0331**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Payroll Fees**__<br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**All for Health, Health for All, Inc.**<br>**c/o LA Premier Property Management, Inc.**<br>**500 N. Brand Blvd., 20th Fl**<br>**Glendale, CA 91203**<br><br>Date(s) debt was incurred __**10/1/25**__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Rent**__<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,474.03** |
| **3.3** Nonpriority creditor's name and mailing address<br>**City National Bank**<br>**PO Box 60938**<br>**Los Angeles, CA 90060**<br><br>Date(s) debt was incurred __**9/9/25; 9/18/25**__<br>Last 4 digits of account number __**9214**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Credit Card**__<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,057.99** |
| **3.4** Nonpriority creditor's name and mailing address<br>**City National Bank**<br>**PO Box 60938**<br>**Los Angeles, CA 90060**<br><br>Date(s) debt was incurred __**9/4/25; 9/9/25; 9/15/25 ; 9/23/25; 9/22/25**__<br>Last 4 digits of account number __**2650**__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Credit Card**__<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,876.18** |

Debtor **Parents Television Council, Inc.**      Case number (if known) _____
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33,366.19 |
|---|---|---|---|

**City National Bank**
**PO Box 60938**
**Los Angeles, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/4/25; 9/5/25; 9/8/25;
9/11/25

**Basis for the claim:**  Credit Card

Last 4 digits of account number  1402

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $580.00 |
|---|---|---|---|

**Copilevitz Lam & Raney PC**
**310 W 20th St, Suite 300**
**Kansas City, MO 64108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/3/25

**Basis for the claim:**  Legal Fees

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $340.00 |
|---|---|---|---|

**Corporate Creations**
**801 US Highway 1**
**North Palm Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1,10/14,10/22,11/1

**Basis for the claim:**  Registered agent fees - Colorado, Mississippi,
Nevada, New Jersey

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

**Digital Pros**
**3 Old Tree Court**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   July Aug Sep services

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Dunn Craig & Francuzenko**
**3050 Chain Bridge Road, Suite 200**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/23/25

**Basis for the claim:**  Registered Agent Fee - VA

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $469.19 |
|---|---|---|---|

**Hartford Fire Insurance Company**
**One Hartford Plaza**
**HO-1-09**
**Hartford, CT 06115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/22/25

**Basis for the claim:**  Workers Compensation Insurance

Last 4 digits of account number  2588

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,000.00 |
|---|---|---|---|

**Kelly Oliver Public Relations, Inc.**
**3011 N. Trinidad St., Suite 101**
**Arlington, VA 22213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/25; 8/5/25; 9/3/25

**Basis for the claim:** _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

**Debtor**  **Parents Television Council, Inc.**
Name

**Case number** (if known) _____

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,070.80 |

3.12 **Nonpriority creditor's name and mailing address**

**Level 3 Communications, LLC**
**PO Box 52015**
**Phoenix, AZ 85072**

Date(s) debt was incurred  __10/1/25__

Last 4 digits of account number  __DQYY__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Internet Provider__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,070.80**

---

3.13 **Nonpriority creditor's name and mailing address**

**Merchant Processing Center**
**One Heartland Way**
**Jeffersonville, IN 47130**

Date(s) debt was incurred  __6905__

Last 4 digits of account number  __6905__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit Card Fees__

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

3.14 **Nonpriority creditor's name and mailing address**

**Todd Dexter & Associates, LLC**
**4975 Preston Park Blvd., Suite 830**
**Plano, TX 75093**

Date(s) debt was incurred  __3/1/25; 4/1/25; 5/1/25;__
__6/1/25; 7/1/25; 8/1/25; 9/1/25__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$52,997.58**

---

3.15 **Nonpriority creditor's name and mailing address**

**TransStellar Inc.**
**5737 Kanan Rd, #345**
**Agoura Hills, CA 91301**

Date(s) debt was incurred  __9/2/25; 10/1/25__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

3.16 **Nonpriority creditor's name and mailing address**

**Virtuous Software Inc.**
**1 N 1st St, Suite 600**
**Phoenix, AZ 85004**

Date(s) debt was incurred  __6/1/25__

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,843.00**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 168,924.96 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 168,924.96 |

**Fill in this information to identify the case:**

Debtor name    **Parents Television Council, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Real property lease for property located at 601 Glenoaks Blvd.** | |
| State the term remaining — **Expires 5/19/27** | **All for Health, Health for All, Inc.** **c/o LA Premier Property Management, Inc.** **500 N. Brand Blvd., 20th Fl** **Glendale, CA 91203** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Insurance Plan** | |
| State the term remaining — **Expires 1/31/26** | **Carefirst Blue Cross/Blue Shield** **c/o Amwins Connect Administrators** **PO Box 64802** **Baltimore, MD 21264** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Month to Month lease for digital communication creation** | |
| State the term remaining | **Digital Pros** **3 Old Tree Court** **Simpsonville, SC 29681** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Donor research software** | |
| State the term remaining — **Expires 1/28/26** | **iWave & Kindsight** **182-134 Kent St** **2nd Level Confederation Court Mall** **Charlottetown PE C1A 8R8** **CANADA** |
| List the contract number of any government contract | |

Debtor 1  **Parents Television Council, Inc.**                              Case number *(if known)* _____
      First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining — **Expires 3/31/26**

    List the contract number of any government contract _____

**Kelly Oliver Public Relations, Inc.**
**3011 N. Trinidad St., Suite 101**
**Arlington, VA 22213**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Internet Provider**

    State the term remaining — **Expires 12/25**

    List the contract number of any government contract _____

**Level 3 Communications**
**PO Box 52015**
**Phoenix, AZ 85072**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Dental/Life/ADD/WI/LTD /LVC**

    State the term remaining — **Expires 1/31/26**

    List the contract number of any government contract _____

**Lincoln Financial Group**
**PO Box 0821**
**Carol Stream, IL 60132**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **COBRA administration**

    State the term remaining — **Expires 12/31/25**

    List the contract number of any government contract _____

**P & A Administrative Services Inc.**
**Department 383**
**PO Box 8000**
**Buffalo, NY 14267**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Contract is expired; month to month basis**

    State the term remaining

    List the contract number of any government contract _____

**Tier Zero**
**818 W 7th St, Suite 440**
**Los Angeles, CA 90017**

---

Debtor 1 **Parents Television Council, Inc.**
First Name     Middle Name     Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement - 30 day notice termination** | |
| | State the term remaining | **month to month** | |
| | List the contract number of any government contract | | **Timothy F. Winter**<br>**PO Box 1850**<br>**La Quinta, CA 92247** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Fundraising consultant services - expires 6/1/27 - 90 day written termination notice** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Todd Dexter & Associates, LLC**<br>**4975 Preston Park Blvd., Suite 830**<br>**Plano, TX 75093** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Information technology services** | |
| | State the term remaining | **Expires upon notice** | |
| | List the contract number of any government contract | | **TransStellar Inc.**<br>**5737 Kanan Rd., #345**<br>**Agoura Hills, CA 91301** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Donor database** | |
| | State the term remaining | **Expires 5/31/26** | |
| | List the contract number of any government contract | | **Virtuous Software Inc.**<br>**1 N 1st St, Suite 600**<br>**Phoenix, AZ 85004** |

**Fill in this information to identify the case:**

Debtor name  **Parents Television Council, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street _____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Parents Television Council, Inc.** |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$794,718.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$1,744,956.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$1,639,929.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | **Wage Garnishment** | **$7,741.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **Wage Garnishment** | **$9,198.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **Wage Garnishment** | **$8,354.00** |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Parents Television Council, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Carefirst Blue Cross/Blue Shield**<br>**c/o Amwins Connect Administrators**<br>**PO Box 64802**<br>**Baltimore, MD 21264** | **8/1; 8/29;**<br>**9/17/25** | **$43,051.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **AFCO Direct**<br>**PO Box 660448**<br>**Dallas, TX 75266** | **7/8;8/6;9/8;9/**<br>**25** | **$9,716.48** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Bradley Tweten**<br>**7406 Liz Court**<br>**Canoga Park, CA 91304** | **9/15/25** | **$8,946.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Wages and accrued**<br>**vacation** |
| 3.4. | **City National Bank**<br>**PO Box 60938**<br>**Los Angeles, CA 90060** | **7/21;8/19;8/2**<br>**9;9/19;9/23** | **$15,780.19** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Kelly Oliver Public Relations, Inc.**<br>**3011 N. Trinidad St., Suite 101**<br>**Arlington, VA 22213** | **7/22; 9/10/25** | **$14,432.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Jon Yasuda**<br>**3175 Paloma St**<br>**Pasadena, CA 91107** | **9/30; 10/3/25** | **$17,231.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Wages and accrued**<br>**vacation** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Parents Television Council, Inc.**    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7.  **Melissa Henson** **3468 Mildred Dr.** **Falls Church, VA 22042** | 10/3/25 | $11,845.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **Wages and accrued vacation** |
| 3.8.  **Principal Financial Group** | 7/15,7/30,8/1 4,8/28,9/12,9/ 16, 9/29, 10/2 | $24,906.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other **403b withholding and match** |
| 3.9.  **Todd Dexter & Associates, LLC** **4975 Preston Park Blvd., Suite 830** **Plano, TX 75093** | 8/7, 9/5/25 | $26,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Parents Television Council, Inc.**    Case number *(if known)*

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Seitz Busenkell & Brown LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **9/19/25** | **$15,338.00** |
| | Email or website address<br>**www.gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **4**

Debtor    **Parents Television Council, Inc.**                          Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **150 E. Olive Ave., Suite 112**<br>**Burbank, CA 91502** | **2/1/20 - 1/31/23** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **names, addresses, phone numbers, credit card information**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Parents Television Council, Inc.**                              Case number *(if known)*

| Name of plan | Employer identification number of the plan |
|---|---|
| **Parents Television Council 403(b) Plan** | EIN:  **95-4819071** |

Has the plan been terminated?

■ No
☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Raymond James Financial Services Inc.**<br>**95 Masonic Dr**<br>**Elizabethtown, PA 17022** | XXXX-9207 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other__ | **Account remains open; last transfer date to CNB 3/11/2025** | $3,050.68 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Parents Television Council, Inc.**                                    Case number *(if known)*

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  |  |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
|  |  |  |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Zuehls Legaspi & Company**<br>**404 S. Figueroa St., Suite 520-B**<br>**Los Angeles, CA 90071** |  |
| 26a.2.    **Copilevitz, Canter and Fitzgerald** |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Parents Television Council, Inc.**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Zuehls Legaspi & Company**<br>**404 S. Figueroa St., Suite 520-B**<br>**Los Angeles, CA 90071** | **1/1/23 - 12/31/23 -**<br>**audit year** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Zuehls Legaspi & Company**<br>**404 S. Figueroa St., Suite 520-B**<br>**Los Angeles, CA 90071** | **(Tax Records)** |
| 26c.2.    **Parents Television Council Inc**<br>**601 S. Glenoaks Blvd., Suite 307**<br>**Burbank, CA 91502** | **(corporate books)** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Virtuous Software Inc.**<br>**1 N 1st St, Suite 600**<br>**Phoenix, AZ 85004** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jon Yasuda** | **601 S. Glenoaks Blvd. Suite 307**<br>**Burbank, CA 91502** | **President** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bradley Tweten** | **601 S. Glenoaks Blvd. Suite 307**<br>**Burbank, CA 91502** | **CFO** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Melissa Henson** | **601 S. Glenoaks Blvd. Suite 307**<br>**Burbank, CA 91502** | **Secretary / VP of Programs** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Charles Humbard** | **601 S. Glenoaks Blvd. Suite 307**<br>**Burbank, CA 91502** | **Treasurer/Director** | **0** |

Debtor  **Parents Television Council, Inc.**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Melissa Thornton** | **601 S. Glenoaks Blvd. Suite 307 Burbank, CA 91502** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bill Abbott** | **601 S. Glenoaks Blvd. Suite 307 Burbank, CA 91502** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chevonne O'Shaughnessy** | **601 S. Glenoaks Blvd. Suite 307 Burbank, CA 91502** | **Director** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Sam Sorbo** | **601 S. Glenoaks Blvd. Suite 307 Burbank, CA 91502** | **Board Chair; 0%** | **1/1/25 - 9/15/25** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Linsly Donnelly** | **601 S. Glenoaks Blvd. Suite 307 Burbank, CA 91502** | **Director; 0%** | **1/1/24 - 12/31/24** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jon Yasuda** **3175 Paloma St** **Pasadena, CA 91107** | **salary & accrued vacation - $186,462** | **10/15/2024 - 10/3/2025** | |
| | **Relationship to debtor** **Employee** | | | |
| 30.2. | **Bradley Tweten** **7406 Llz Court** **Canoga Park, CA 91304** | **salary & accrued vacation - $208,331** | **10/15/2024 - 10/3/2025** | |
| | **Relationship to debtor** **Employee** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Parents Television Council, Inc.**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3 | **Melissa Henson**<br>**3468 Mildred Drive**<br>**Falls Church, VA 22042** | **salary & accrued vacation - $160,372** | **10/15/2024 -**<br>**10/3/2025** | |
| | Relationship to debtor<br>**Employee** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  3, 2025**

**/s/ Jon Yasuda**                                            **Jon Yasuda**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### District of Delaware

In re   **Parents Television Council, Inc.**_____    Case No. _____
                                                        Debtor(s)                           Chapter        **7**_____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October  3, 2025**_____          /s/ Jon Yasuda _____
                                                          **Jon Yasuda/President**
                                                          Signer/Title

Parents Television Council, Inc.
PO Box 4210
Burbank, CA 91503

.

Michael Busenkell
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

State of Delaware
Department of Justice
Attn: Edward Kosmowski
820 N. French St., 8th Floor
Wilmington, DE 19801

ADP, Inc.
PO Box 31001-1874
Pasadena, CA 91110

AFCO Direct
PO Box 660448
Dallas, TX 75266

All for Health, Health for All, Inc.
c/o LA Premier Property Management, Inc.
500 N. Brand Blvd., 20th Fl
Glendale, CA 91203

All for Health, Health for All, Inc.
c/o LA Premier Property Management, Inc.
500 N. Brand Blvd., 20th Fl
Glendale, CA 91203

Carefirst Blue Cross/Blue Shield
c/o Amwins Connect Administrators
PO Box 64802
Baltimore, MD 21264

City National Bank
PO Box 60938
Los Angeles, CA 90060

City National Bank
PO Box 60938
Los Angeles, CA 90060

City National Bank
PO Box 60938
Los Angeles, CA 90060

City National Bank
PO Box 60938
Los Angeles, CA 90060

Copilevitz Lam & Raney PC
310 W 20th St, Suite 300
Kansas City, MO 64108

Corporate Creations
801 US Highway 1
North Palm Beach, FL 33408

Digital Pros
3 Old Tree Court
Simpsonville, SC 29681

Digital Pros
3 Old Tree Court
Simpsonville, SC 29681

Dunn Craig & Francuzenko
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030

Hartford Fire Insurance Company
One Hartford Plaza
HO-1-09
Hartford, CT 06115

iWave & Kindsight
182-134 Kent St
2nd Level Confederation Court Mall
Charlottetown PE C1A 8R8
CANADA

Kelly Oliver Public Relations, Inc.
3011 N. Trinidad St., Suite 101
Arlington, VA 22213

Kelly Oliver Public Relations, Inc.
3011 N. Trinidad St., Suite 101
Arlington, VA 22213

Level 3 Communications
PO Box 52015
Phoenix, AZ 85072

Level 3 Communications, LLC
PO Box 52015
Phoenix, AZ 85072

Lincoln Financial Group
PO Box 0821
Carol Stream, IL 60132

Merchant Processing Center
One Heartland Way
Jeffersonville, IN 47130

P & A Administrative Services Inc.
Department 383
PO Box 8000
Buffalo, NY 14267

Tier Zero
818 W 7th St, Suite 440
Los Angeles, CA 90017

Timothy F. Winter
PO Box 1850
La Quinta, CA 92247

Todd Dexter & Associates, LLC
4975 Preston Park Blvd., Suite 830
Plano, TX 75093

Todd  Dexter  &  Associates,  LLC
4975  Preston  Park  Blvd.,  Suite  830
Plano, TX 75093


TransStellar  Inc.
5737  Kanan  Rd,  #345
Agoura Hills, CA 91301


TransStellar  Inc.
5737  Kanan  Rd.,  #345
Agoura Hills, CA 91301


Virtuous  Software  Inc.
1  N  1st  St,  Suite  600
Phoenix, AZ 85004


Virtuous  Software  Inc.
1  N  1st  St,  Suite  600
Phoenix, AZ 85004

# United States Bankruptcy Court
### District of Delaware

In re   **Parents Television Council, Inc.** _____     Case No. _____

                                          Debtor(s)        Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Parents Television Council, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  3, 2025** _____        **/s/ Michael Busenkell** _____

Date                                         **Michael Busenkell**

                                             Signature of Attorney or Litigant
                                             Counsel for   **Parents Television Council, Inc.** _____
                                             **Gellert Seitz Busenkell & Brown, LLC**
                                             **1201 N. Orange Street**
                                             **Suite 300**
                                             **Wilmington, DE 19801**
                                             **302-425-5812 Fax:302-425-5814**
                                             **mbusenkell@gsbblaw.com**

## PARENTS TELEVISION COUNCIL, INC.

### Unanimous Written Consent of
### the Board of Directors in Lieu of a Meeting

Pursuant to the Delaware General Corporation Law, we, the undersigned, being all the members of the Board of Directors of PARENTS TELEVISION COUNCIL, INC., a corporation organized and existing under the Delaware General Corporation Law (the "Corporation"), do hereby waive all notice of the time, place and purposes of a meeting of the Board of Directors of the Corporation and unanimously adopt the following resolution and consent to the actions described therein:

**RESOLVED**: That the Company shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (the "**Petition**") for relief under chapter 7 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing.

**RESOLVED**: That Jon Yasuda shall be, and hereby is, authorized and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modification to the Petition or ancillary documents as Mr. Yasuda, in his discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions; (b) execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as Mr. Yasuda may approve.

**RESOLVED**: That the Company shall be, and hereby is, authorized and empowered to retain, on behalf of the Company, Gellert Seitz Busenkell & Brown LLC, as bankruptcy counsel to the Company.

**RESOLVED**: That in addition to the specific authorizations heretofore conferred upon Mr. Yasuda, he is hereby authorized, directed, and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, consents, including the appropriate consents or resolutions for each of its wholly-owned subsidiaries; and other documents, and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**: That all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are

-1-

hereby in all respects ratified, confirmed, and approved.

          IN WITNESS WHEREOF, the undersigned has executed this Written Consent this
____ day of September, 2025.


_____
Charley Humbard

_____
Chevonne O'Shaughnessy


_____
Bill Abbott

_____
Melissa Thornton


-2-

hereby in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent this 23rd day of September, 2025.

_____
Charley Humbard

_____
Chevonne O'Shaughnessy

_____
Bill Abbott

_____
Melissa Thornton

-2-

hereby in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent this ___ day of September, 2025.

_____

Charley Humbard

_____

Chevonne O'Shaughnessy

_____

Bill Abbott

_____

Melissa Thornton

hereby in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent this
23 day of September, 2025.


_____               _____

Charley Humbard                          Chevonne O'Shaughnessy



_____               _____

Bill Abbott                              Melissa Thornton

-2-