<u>Information to identify the case:</u>

| | | |
|---|---|---|
| Debtor | Parents Television Council, Inc<br>Name | EIN: 95-4819071 |
| United States Bankruptcy Court  District of Delaware | | Date case filed for chapter:  7  10/3/25 |
| Case number:  25-11794-TMH | | |

<u>Official Form 309C (For Corporations or Partnerships)</u>

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302-573-6491).**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Parents Television Council, Inc | |
| 2. **All other names used in the last 8 years** | fdba ForEveryGirl, fdba Parents Television and Media Council, fdba PTMC, fdba PTC, fdba 4EveryGirl, 5,The case has 5 alias and 0 were allowed to be extracted. | |
| 3. **Address** | PO Box 4210<br>Burbank, CA 91503 | |
| 4. **Debtor's attorney**<br>Name and address | Michael G. Busenkell<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange St.<br>3rd Floor<br>Wilmington, DE 19801 | Contact phone 302-425-5812<br><br>Email: mbusenkell@gsbblaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | Alfred T. Giuliano<br>Giuliano Miller & Co., LLC<br>2301 E. Evesham Road<br>Pavillion 800, Suite 210<br>Voorhees, NJ 08043 | Contact phone 856-767-3000<br><br>Email: atgiuliano@giulianomiller.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone 302-252-2900<br><br>Date: 10/6/25 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | November 5, 2025 at 12:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All times listed are in EST. | Location: **Zoom video meeting. Go to www.Zoom.us/join, Enter Meeting ID: 785 696 6934, Passcode: 0128776228, OR Call 1(856) 329-7752**<br><br>For additional information go to https://www.deb.uscourts.gov/virtual-§-341-meetings-creditors |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court
District of Delaware

In re:  
Parents Television Council, Inc  
    Debtor

Case No. 25-11794-TMH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 2  
Date Rcvd: Oct 06, 2025     Form ID: 309C     Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Parents Television Council, Inc, PO Box 4210, Burbank, CA 91503-4210 |
| 20022958 | + | ADP, Inc., PO Box 31001-1874, Pasadena, CA 91110-0001 |
| 20022959 | + | AFCO Direct, PO Box 660448, Dallas, TX 75266-0448 |
| 20022960 | + | All for Health, Health for All, Inc., c/o LA Premier Property Management, Inc., 500 N. Brand Blvd., 20th Fl, Glendale, CA 91203-3304 |
| 20022962 | + | Carefirst Blue Cross/Blue Shield, c/o Amwins Connect Administrators, PO Box 64802, Baltimore, MD 21264-4802 |
| 20022963 | + | City National Bank, PO Box 60938, Los Angeles, CA 90060-0938 |
| 20022967 | + | Copilevitz Lam & Raney PC, 310 W 20th St, Suite 300, Kansas City, MO 64108-2025 |
| 20022968 | + | Corporate Creations, 801 US Highway 1, North Palm Beach, FL 33408-3811 |
| 20022969 | + | Digital Pros, 3 Old Tree Court, Simpsonville, SC 29681-5874 |
| 20022971 | + | Dunn Craig & Francuzenko, 3050 Chain Bridge Road, Suite 200, Fairfax, VA 22030-2843 |
| 20022972 | + | Hartford Fire Insurance Company, One Hartford Plaza, HO-1-09, Hartford, CT 06115-1703 |
| 20022974 | + | Kelly Oliver Public Relations, Inc., 3011 N. Trinidad St., Suite 101, Arlington, VA 22213-1307 |
| 20022976 | + | Level 3 Communications, PO Box 52015, Phoenix, AZ 85072-2015 |
| 20022977 | + | Level 3 Communications, LLC, PO Box 52015, Phoenix, AZ 85072-2015 |
| 20022978 | + | Lincoln Financial Group, PO Box 0821, Carol Stream, IL 60132-0821 |
| 20022979 | + | Merchant Processing Center, One Heartland Way, Jeffersonville, IN 47130-5870 |
| 20022980 | + | P & A Administrative Services Inc., Department 383, PO Box 8000, Buffalo, NY 14267-0002 |
| 20022981 | + | Tier Zero, 818 W 7th St, Suite 440, Los Angeles, CA 90017-3463 |
| 20022982 | + | Timothy F. Winter, PO Box 1850, La Quinta, CA 92247-1850 |
| 20022983 | + | Todd Dexter & Associates, LLC, 4975 Preston Park Blvd., Suite 830, Plano, TX 75093-5217 |
| 20022985 | + | TransStellar Inc., 5737 Kanan Rd, #345, Agoura Hills, CA 91301-1601 |
| 20022987 | + | Virtuous Software Inc., 1 N 1st St, Suite 600, Phoenix, AZ 85004-2357 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mbusenkell@gsbblaw.com | Oct 06 2025 20:03:00 | Michael G. Busenkell, Gellert Seitz Busenkell & Brown, LLC, 1201 N. Orange St., 3rd Floor, Wilmington, DE 19801 |
| tr | + | EDI: BATGIULIANO.COM | Oct 07 2025 00:05:00 | Alfred T. Giuliano, Giuliano Miller & Co., LLC, 2301 E. Evesham Road, Pavillion 800, Suite 210, Voorhees, NJ 08043-4510 |
| 20031539 | + | Email/Text: michael.brittingham@delaware.gov | Oct 06 2025 20:03:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 20022956 | | EDI: IRS.COM | Oct 07 2025 00:05:00 | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 20022957 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Oct 06 2025 20:03:00 | State of Delaware, Department of Justice, Attn: Edward Kosmowski, 820 N. French St., 8th Floor, Wilmington, DE 19801-3509 |
| 20031538 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Oct 06 2025 20:03:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

| District/off: 0311-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: 309C | Total Noticed: 28 |
| TOTAL: 6 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20022973 | | iWave & Kindsight, 182-134 Kent St, 2nd Level Confederation Court Mall, Charlottetown PE C1A 8R8, CANADA |
| 20022961 | *+ | All for Health, Health for All, Inc., c/o LA Premier Property Management, Inc., 500 N. Brand Blvd., 20th Fl, Glendale, CA 91203-3304 |
| 20022964 | *+ | City National Bank, PO Box 60938, Los Angeles, CA 90060-0938 |
| 20022965 | *+ | City National Bank, PO Box 60938, Los Angeles, CA 90060-0938 |
| 20022966 | *+ | City National Bank, PO Box 60938, Los Angeles, CA 90060-0938 |
| 20022970 | *+ | Digital Pros, 3 Old Tree Court, Simpsonville, SC 29681-5874 |
| 20022975 | *+ | Kelly Oliver Public Relations, Inc., 3011 N. Trinidad St., Suite 101, Arlington, VA 22213-1307 |
| 20022984 | *+ | Todd Dexter & Associates, LLC, 4975 Preston Park Blvd., Suite 830, Plano, TX 75093-5217 |
| 20022986 | *+ | TransStellar Inc., 5737 Kanan Rd., #345, Agoura Hills, CA 91301-1601 |
| 20022988 | *+ | Virtuous Software Inc., 1 N 1st St, Suite 600, Phoenix, AZ 85004-2357 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 08, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alfred T. Giuliano | atgiuliano@giulianomiller.com<br>ddileo@giulianomiller.com;nj68@ecfcbis.com;agiuliano@ecf.epiqsystems.com;nj90@ecfcbis.com |
| Michael G. Busenkell | on behalf of Debtor Parents Television Council Inc mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 3